**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:
Jonathan Gooda
v.
John Doe

FILED: APRIL 29, 2008
08CV2454 NF
JUDGE DARRAH
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jonathan Gooda

| | |
|---|---|
| NAME (Type or print) | |
| Sophie Marie Dye | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Sophie Marie Dye | |
| FIRM | |
| Mudd Law Offices | |
| STREET ADDRESS | |
| 3114 West Irving Park Road, Suite 1W | |
| CITY/STATE/ZIP | |
| Chicago/Illinois/60618 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6292754 | 773-588-5410 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐