# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JONATHAN GOODA, ) | |
| ) | No.   08 CV 2454 |
| Plaintiff, ) | |
| ) | JUDGE DARRAH |
| v. ) | |
| ) | MAGISTRATE JUDGE COLE |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | DEMAND FOR JURY TRIAL |

## NOTICE OF PLAINTIFF'S MOTION FOR LEAVE
## TO TAKE EXPEDITED DISCOVERY
## AND PRESERVE ELECTRONIC EVIDENCE

**To:**   See attached service list

**Please take notice** on the 27th day of May 2008 at 9:00 am or as soon thereafter as counsel may be heard, attorney for Plaintiff Jonathan Gooda shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present **Plaintiff's Motion for Leave to Take Expedited Discovery and Preserve Electronic Evidence**, a copy of which is herewith served upon you.

## CERTIFICATE OF SERVICE

I, Sophie Marie Dye, do hereby certify that service of this **NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY AND PRESERVE ELECTRONIC EVIDENCE** was accomplished pursuant to Electronic Filing as to ECF Users and shall be served upon other parties having filed appearances in the attached service list via postage pre-paid U.S. mail on the 14th day of May 2008.

Dated this 14th day of May 2008.

| | |
|---|---|
| Sophie Marie Dye | s/Sophie Marie Dye |
| Mudd Law Offices | Sophie Marie Dye |
| 3114 West Irving Park Road, Suite 1W | |
| Chicago, Illinois 60618 | |
| 773.588.5410 (telephone) | |
| 773.588.5440 (facsimile) | |
| ARDC: 6292754 | |
| sdye@muddlawoffices.com | |

2

**SERVICE LIST**

No other parties have filed appearances.