# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2454 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Jonathan Gooda vs. John Doe | | |

**DOCKET ENTRY TEXT**

Plaintiff's oral motion for leave to file an amended complaint is granted. Amended complaint to be filed by 10/20/08. Status hearing set for 11/13/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|